No. 75–6600.   VIGIL *v.* IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 9th Cir.   Certiorari denied.

No. 75–6601.   ROBINSON *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 75–6604.   PRUITT *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 75–6606.   WILLIS *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 75–6607.   CARTER *v.* HARDY.   C. A. 5th Cir.   Certiorari denied.

No. 75–6610.   PORTER ET AL. *v.* UNITED STATES ET AL. C. A. 8th Cir.   Certiorari denied.

No. 75–6612.   REISER *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 75–6614.   PANDELLI *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 75–6617.   GOLIGHTLY *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 75–6618.   LEE *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 75–6619.   ALLEN *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 75–6625.   POUNDS, AKA HORNSBY, ET AL. *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 75–6628.   BYUS *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 75–6632.   PALMER *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.